**Dismissed and Opinion Filed July 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01451-CV

### CHARLES DYHRE AND TRACY DYHRE, Appellants
### V.
### ONEWEST BANK, FSB, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02424-2014**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellants' brief in this case is overdue. By postcard dated March 1, 2016, we notified appellants the time for filing their brief had expired. We directed appellants to file their brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. By postcard dated March 14, 2016, we extended the time to file appellants' brief until March 22, 2016. We cautioned appellants that failure to file their brief would result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed a second extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

151451F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHARLES DYHRE AND TRACY
DYHRE, Appellants

No. 05-15-01451-CV     V.

ONEWEST BANK, FSB, Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-02424-2014.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ONEWEST BANK, FSB recover its costs of this appeal from appellants CHARLES DYHRE AND TRACY DYHRE.

Judgment entered July 6, 2016.